IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

      Plaintiff,                      No. CIV S-10-2345 DAD P

    vs.

SALINAS, et al.,

      Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis. However, the certificate portion of plaintiff's application which must be completed by plaintiff's institution of incarceration has not been filled out. In addition, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint. See 28 U.S.C. § 1915(a)(2). Accordingly, plaintiff will be provided the opportunity to submit a properly completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

2. Plaintiff shall submit, within twenty-eight days from the date of this order, a properly completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; and

3. Plaintiff shall also submit, within twenty-eight days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 8, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md:sj
bont2345.3c+.new