IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

    Plaintiff,               No. 2:10-cv-2345 MCE DAD P

   vs.

SALINAS, et al.,

    Defendants.         <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.

        On July 17, 2012, the court ordered service of plaintiff's second amended complaint on defendants Cano, Gossip, Grant, and Martinez. Subsequently, on August 3, 2012 plaintiff filed another complaint in this action naming different defendants and complaining about different alleged violations of his constitutional rights. The Clerk of the Court filed the complaint in this action because plaintiff listed the case number set forth above in the caption of his newly-filed complaint and labeled it as a second amended complaint. However, after reviewing plaintiff's newly-filed complaint, it appears that plaintiff did not intend to file it in this action. Accordingly, good cause appearing, the court will direct the Clerk of the Court to re-file plaintiff's complaint in a new randomly-assigned action. Plaintiff is advised that he will need to

1

file a separate in forma pauperis application in his new civil rights action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to re-file plaintiff's second amended complaint (Doc. No. 17) in a new randomly-assigned action and strike from the caption of that document the case number listed by plaintiff; and

2. The Clerk of the Court is directed to send plaintiff a copy of his complaint bearing the amended caption and the case number assigned to his new action as well as any new case documents and the order regarding consent and request for reassignment.

DATED: August 21, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bont2345.error